FILED
2016 Aug-29 PM 04:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form

5

# In the United States District Court
# For the Northern District of Alabama

FILED

2016 AUG 29 P 12: 04

U.S.
N.D. OF ALABAMA

PEARA CRUTCHER

_____

_____

(Enter above the full name(s) of the
plaintiff(s) in this action.)

CV-16-BE-1422-S

WARden: Bullina
WARden: angela Miree
Coordinator: SHirly Price
PRison Comm...
Govener OF STATE OF ALABAMA

(Enter above full name(s) of the
defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes ( )    No (X)

   B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s) _____

      2.  Court (if Federal Court, name the district; if State Court, name the county)

         _____

      3.  Docket Number _____

      4.  Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement DoNAldson PRison - Bessemer, Ala.

A. Is there a prisoner grievance procedure in this institution?
Yes ( )   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No ( )

C. If your answer is YES:

1. What steps did you take? WROTE TO THE WARden

2. What was the result? I was ignored

D. If your answer is NO, explain why not? _____

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Ronald Critcher

Address 100 Warrior Lane, Bessemer, Alabama

- 2 -

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant ANGELA MiFree

   is employed as WARden

   at

C. Additional Defendants Shirly Price — Prison Coordinator, The Govenor of Alabama, The Prison Commissioner — WArden Bolling

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

We Are Being Illegally ConFind In Solitary Confindment, Without our Exercise Time for 24 Hour A day — With No Law Library Privelages — No Access To Church, And we are under Constant Threat of Being Beaten if we Complain, There No due Process at all — of Our Right's That Are Being Violate... we are only Told That we are in a program, which keep's us Locked in a 2 Man Solitary Confindment Cell 24 Hour's a day.

and all of our property has been taken away from us, and we are not given anything to clean these filthy cell up with.

## V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

We the Plaintiff's ask and beg for the court to release us from Solitary Confinement, and to be paid in monetary value for each day that we have been held in a Illegally, and that the defendants in this case be fined and punished criminally if need not.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/24/2016
(date)

PEARA CRUTCHER

Signature(s)

- 4 -